**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
HESEN JABR,

              Plaintiff,

              -against-

NYU-LANGONE HOSPITAL,

              Defendant.

-------------------------------------------------------------x

25-CV-949 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

This case has been referred to the Southern District's Mediation Program. Accordingly, this case is **STAYED** pending the conclusion of mediation.

The parties are directed to file a joint status letter on the docket within thirty days of the conclusion of mediation.

**SO ORDERED.**

Dated: April 14, 2025
New York, New York

                              */s/ Ona T. Wang*
                              **Ona T. Wang**
               United States Magistrate Judge