UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
HESEN JABR,

          Plaintiff,

          -against-

NYU-LANGONE HOSPITAL,

          Defendant.
------------------------------------------------------------x

25-CV-949 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference in the above captioned matter on September 4, 2025.

The parties are directed to file a joint status letter on the docket by **September 26, 2025,** and on the last business Friday of each month thereafter, apprising the Court on the status of discovery (*e.g.*, what discovery has been completed since the last letter, what discovery the parties intend to complete before the next letter, any disputes that require judicial resolution, whether the parties would like to discuss settlement). The parties should also discuss their position as to recusal under 28 U.S.C. §455.

      **SO ORDERED.**

Dated: September 8, 2025
      New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge