# BakerHostetler

**Baker&Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Matthew C. Berger
direct dial: 212.589.4266
mberger@bakerlaw.com

September 26, 2025

**VIA ECF**

The Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re:   *Hesen Jabr v. NYU-Langone Hospital*
      Case No. 1:25-cv-000949-VSB-OTW

Dear Judge Wang:

This firm represents Defendant NYU Langone Hospitals ("Defendant") in the above-captioned action. Pursuant to the Court's September 8 Order (Dkt. 28), the parties write jointly to provide a discovery status update.

At the Initial Conference on September 4, Defendant served Plaintiff Hesen Jabr ("Plaintiff") with its initial discovery requests. Plaintiff's responses are due on October 4, and, to date, Plaintiff has not indicated that she will be unable to comply with this deadline.

Plaintiff served Defendant with her initial discovery requests on September 23. Defendant's responses are therefore due on October 23, and, as of today, Defendant does not anticipate any issues with serving timely responses.

Should any discovery issues arise before the parties' next joint status update, the parties will work cooperatively to address any such issues without the Court's involvement.

Respectfully submitted,

| | |
|---|---|
| **MUSA-OBREGON LAW PC** | **BAKER & HOSTETLER LLP** |
| */s/ Karl J. Ashanti* | */s/ Matthew C. Berger* |
| Karl J. Ashanti | Amy J. Traub |
| Sami El Cherif | Matthew C. Berger |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |