# BakerHostetler

**MEMO ENDORSED.**

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Matthew C. Berger
direct dial: 212.589.4266
mberger@bakerlaw.com

December 9, 2025

**VIA ECF**

The Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re:    *Hesen Jabr v. NYU-Langone Hospital*
       Case No. 1:25-cv-000949-VSB-OTW

Dear Judge Wang:

This firm represents Defendant NYU Langone Hospitals ("Defendant") in the above-captioned action. Pursuant to the Court's September 8 Order (Dkt. 28), we write jointly with counsel for Plaintiff Hesen Jabr ("Plaintiff") to provide a discovery status update. Additionally, pursuant to Rule II(e) of Your Honor's Individual Practices in Civil Cases, the parties jointly request a 90-day extension of the discovery deadlines.

Discovery Status Update

Plaintiff has responded to Defendant's discovery requests and made a document production, which Defendant is in the process of reviewing. Plaintiff provided a HIPAA authorization for the release of certain medical records from one healthcare provider, which has been sent to that provider, and recently provided a second authorization for another healthcare provider. Defendant is waiting on receipt of the first set of records and is requesting the second set of records this week.

Defendant responded to Plaintiff's discovery requests and made an initial document production. Defendant is in the process of reviewing ESI for responsive documents and anticipates making further document productions in the coming weeks on a rolling basis.

Plaintiff is available for a deposition in January; however, defense counsel and Defendant are not available. Assuming sufficient document discovery has been completed, Defendant will take Plaintiff's deposition on February 12, 2026, which is the first date in the new year that defense counsel and Defendant are available to take her deposition. Plaintiff has provided the names of six

Atlanta    Austin    Chicago    Cincinnati    Cleveland    Columbus    Dallas    Denver    Houston    Los Angeles
New York    Orange County    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington

Hon. Ona T. Wang
December 9, 2025
Page 2

witnesses to depose—one deposition will take place on March 3, 2026, and defense counsel is confirming availability for the other five witnesses in February and March 2026.

<u>Discovery Extension Request</u>

Because some document discovery remains outstanding, and in light of the upcoming holidays, the parties respectfully request a 90-day extension of the discovery deadlines set forth in the Proposed Case Management Plan. (Dkt. 27.) This is the parties' first request for an extension of the discovery deadlines and, if granted, would result in the following new discovery dates:

- Depositions to be completed by: January 6, 2026 → <u>April 6, 2026</u>

- Fact discovery to be completed by: February 6, 2026 → <u>May 7, 2026</u>

- Expert discovery to be completed by: May 6, 2026 → <u>August 4, 2026</u>

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,


**MUSA-OBREGON LAW PC**                    **BAKER & HOSTETLER LLP**
 _/s/ Sami El Cherif_                       _/s/ Matthew C. Berger_
Karl J. Ashanti                            Amy J. Traub
Sami El Cherif                             Matthew C. Berger
_Attorneys for Plaintiff_                  _Attorneys for Defendant_


Application **GRANTED**.

**SO ORDERED.**

Ona T. Wang        December 11, 2025
U.S.M.J.