# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Matthew C. Berger
direct dial: 212.589.4266
mberger@bakerlaw.com

December 30, 2025

**VIA ECF**

The Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re:   *Hesen Jabr v. NYU-Langone Hospital*
      Case No. 1:25-cv-000949-VSB-OTW

Dear Judge Wang:

      This firm represents Defendant NYU Langone Hospitals ("Defendant") in the above-captioned action. Pursuant to the Court's September 8 Order (Dkt. 28), we write jointly with counsel for Plaintiff Hesen Jabr ("Plaintiff") to provide a discovery status update.

      Since the parties' last status update, Defendant has made two additional document productions. Defendant is also working on obtaining the availability of the remaining five witnesses identified by Plaintiff for their depositions. Due to the holidays, however, Defendant will not have responses from those witnesses until after the New Year.

      As noted in the parties' December 9 letter, Plaintiff provided two HIPAA authorizations for the release of her medical record from two separate providers. However, Plaintiff sent an amended HIPAA authorization for one of her healthcare providers on December 25, which will be sent out next week.

Respectfully submitted,

| | |
|---|---|
| **MUSA-OBREGON LAW PC** | **BAKER & HOSTETLER LLP** |
| */s/ Sami El Cherif* | */s/ Matthew C. Berger* |
| Karl J. Ashanti | Amy J. Traub |
| Sami El Cherif | Matthew C. Berger |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |