**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

HESEN JABR,                                          :
                                                     :
                    Plaintiff,                       :            25-CV-949 (VSB) (OTW)
                                                     :
          -against-                                  :            **ORDER**
                                                     :
NYU-LANGONE HOSPITAL,                                :
                                                     :
                    Defendant.                       :
                                                     :
                                                     :
-------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court held a Status Conference in the above captioned matter on June 17, 2026. As discussed at the Conference, Plaintiff is permitted a **three-hour** deposition of both Dr. Alan Berger and Mrs. Nancy Sanchez. The parties are directed to submit a proposed Order with deposition dates by **July 7, 2026**. The parties may submit a separate proposed Order for each deponent, if desired. Except for the two remaining depositions, which may take place after July 7, 2026, fact discovery is otherwise complete.

        The parties are directed to file a joint status letter on the docket by **Friday June 26, 2026,** and on the last business Friday of each month thereafter, appraising the Court on the status of discovery.

        **SO ORDERED.**

                                                  */s/ Ona T. Wang*

Dated: June 22, 2026                                 **Ona T. Wang**
      New York, New York                          United States Magistrate Judge